BEDROS B. KAZANJIAN, TRADING AS NEW JERSEY ACME
CARPET AND RUG CLEANING COMPANY, PLAINTIFF-
RESPONDENT, v. ATLAS NOVELTO CO., INC., DEFEND-
ANT-PETITIONER.

*Messrs. Townsend & Doyle, Mr. Mark Townsend* and *Mr.
Paul Aaroe* for the petitioner.

*Messrs. Sanderson & Engel, Mr. Bernard Shurkin* and *Mr.
John D. Leslie, Jr.,* for the respondent.

May 14, 1951.  Denied.